UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

| | |
|---|---|
| THE CITY OF CAPE CORAL MUNICIPAL FIREFIGHTERS' RETIREMENT SYSTEM BOARD OF TRUSTEES<br>    Plaintiff,<br><br>v.<br><br>MERRILL LYNCH PIERCE FENNER & SMITH, INCORPORATED,<br><br>    Defendant. | ) ) ) ) ) ) ) ) CASE NO.: 2:11-cv-00424-CEH-SPC ) ) ) ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Board of Trustees of the City of Cape Coral Municipal Firefighters' Retirement System, by and through its undersigned attorneys, hereby voluntarily dismisses this proceeding with prejudice, pursuant to FRCP 41.

This 27 day of December, 2011.

                                    /s/ Gregory R. Miller
                                  David L. McGee
                                  FL Bar No.: 220000
                                  Gregory R. Miller
                                  Florida Bar No.: 284777
                                  **BEGGS & LANE RLLP**
                                  P. O. Box 12950
                                  Pensacola, FL 32502
                                  (850) 432-2451 (Telephone)
                                  (850) 469-3331 (Facsimile)

Peter J. Mougey
Florida Bar No.: 191825
**LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.**
P. O. Box 12308
Pensacola, FL 32581
(850) 435-7000 (Telephone)
(850) 436-6068 (Facsimile)

*Attorneys for Plaintiff*


/s/ Peter S. Fruin
Peter S. Fruin
Florida Bar No.: 32897
**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
(205) 254-1068 (Telephone)
(205) 714-6368 (Facsimile)

*Attorney for Defendant*


## CERTIFICATE OF SERVICE

I hereby certify that on this 27 day of December, 2011, I served a copy of the foregoing via U.S. Mail to:

Peter J. Mougey
Florida Bar No.: 191825
**LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.**
P. O. Box 12308
Pensacola, FL 32581

Peter S. Fruin
Florida Bar No.: 32897
**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203


/s/Gregory R. Miller
Attorney