**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

THE CITY OF CAPE CORAL MUNICIPAL
FIREFIGHTERS' RETIREMENT SYSTEM
BOARD OF TRUSTEES,
    Plaintiff,

v.                            CASE NO: 2:11-CV-424-FTM-36-SPC

MERRILL LYNCH PIERCE FENNER
& SMITH, INCORPORATED,
    Defendant.
_____/

**O R D E R**

Before the Court is the Notice of Voluntary Dismissal With Prejudice (Doc. 10). In accord with the Notice of Voluntary Dismissal, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Notice of Voluntary Dismissal is APPROVED (Doc. 10).

    2)    This cause is dismissed, with prejudice.

    3)    The Clerk is directed to terminate any pending motions and deadlines, enter judgment accordingly, and **CLOSE** this case.

**DONE AND ORDERED** at Fort Myers, Florida, on December 29, 2011.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record